# *MOTION OF MEMORANDUM*

✓ FILED     LODGED
RECEIVED     COPY

JAN 2 4 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

**Plaintiff;Anthony C Kenney**

**1140 s 101 e ave apt3 Tulsa Ok 74128**

**918-6441056**

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE _LRCivP 5.4_
(Rule Number Section)

**V**

CV-19-00371-PHX-JJT

**Defendaints;Quality Publications**

**11201 n Tatum Blvd ste300 Phoenix Az**

**85028 & Diane Stanley 6237-73376**

**602-2643400**

**Plaintiff proceeds to file against not returing payment for almost 6 months from my mail order sales mailing out 100 letters for a in home publications to customers.That I'm supposed to make 1,000thds dollars a month on this investment and the customer who receives these letters was to make 3,000thds or more in the in home programs.The Mrs Diane Staniel is the counsler in the program,I'm not receiveing any response since paid for this program,Plaintiff has to supenie for return of owed money.**

*Anthony Kenney*

1-18-19